

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NEW WORLD CAR NISSAN, INC. D/B/A WORLD CAR HYUNDAI, AND NEW WORLD CAR IMPORTS SAN ANTONIO, INC. D/B/A WORLD CAR HYUNDAI, | § § § | No. 08-20-00147-CV<br><br>Appeal from the<br><br>53rd Judicial District Court |
| Appellants, | § | of Travis County, Texas |
| v. | § | (D-1-GN-20-002662) |
| HYUNDAI MOTOR AMERICA AND TEXAS DEPARTMENT OF MOTOR VEHICLES, | § | |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.